# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

138697

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROOSEVELT PATTERSON PETTIFORD,
      Defendant-Appellant.

SC: 138697
COA: 273369
Wayne CC: 06-000343-01

_____/

      On order of the Court, the application for leave to appeal the March 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

0921